JEAN E. WILLIAMS
Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

CAITLIN CIPICCHIO, Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-305-0503 || 202-305-0506 (fax)
Caitlin.Cipicchio@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIVE VILLAGE OF NUIQSUT *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF LAND MANAGEMENT *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> CONOCOPHILLIPS ALASKA, INC. <br><br> Intervenor Defendant. | Case No. 3:19-cv-00056-SLG <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

Notice is hereby given that Caitlin Cipicchio enters her appearance as counsel of record for Federal Defendants in the above-captioned matter, in substitution for John S. Most. Service of any papers by United States mail should be addressed to the Post Office box indicated in the signature block below. Express deliveries, such as FedEx, should be addressed as follows:

> Caitlin Cipicchio
> 150 M St NE # 31801
> Washington, D.C. 20002
> (202) 305-0503

Respectfully submitted this 17th day of December, 2019

> JEAN WILLIAMS
> Deputy Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Div.
>
> */s/ Caitlin Cipicchio*
> CAITLIN CIPICCHIO, Trial Attorney
> Natural Resources Section
> P.O. Box 7611
> Washington, D.C. 20044
> 202-305-0503 || 202-305-0506 (fax)
> Caitlin.Cipicchio@usdoj.gov
>
> *Counsel for Federal Defendants*

*Native Village of Nuiqsut et al. v. BLM et al.,*
Case No. 3:19-cv-00056-SLG