# APPENDIX

Figure 1 – ConocoPhillips' proposed 2018-2019 Winter Exploration[1]



---
[1] AR8475.

Figure 2 – GMT2 SEIS Project Study Area[2]



---

[2] AR5177.

Case No. 3:19-cv-00056-SLG, *Native Village of Nuiqsut, et al. v. Bureau of Land Management, et al.*
Appendix to Decision and Order
Page 2 of 6

Figure 3 – Caribou Subsistence Use Areas Around GMT2 SEIS Project Study Area, 2008-2016[3]



---
[3] AR4737.

Case No. 3:19-cv-00056-SLG, *Native Village of Nuiqsut, et al. v. Bureau of Land Management, et al.*
Appendix to Decision and Order
Page 3 of 6
Case 3:19-cv-00056-SLG   Document 46-1   Filed 01/09/20   Page 3 of 6

Figure 4 – Furbearer Subsistence Use Areas Around GMT2 SEIS Project Study Area, 1995-2006[4]



---

[4] AR4738.

Case No. 3:19-cv-00056-SLG, *Native Village of Nuiqsut, et al. v. Bureau of Land Management, et al.*
Appendix to Decision and Order
Page 4 of 6
Case 3:19-cv-00056-SLG   Document 46-1   Filed 01/09/20   Page 4 of 6

Figure 5 – ConocoPhillips' Proposed 2019 Onshore Geotechnical Exploration[5]

---

[5] AR8693.

Case No. 3:19-cv-00056-SLG, *Native Village of Nuiqsut, et al. v. Bureau of Land Management, et al.*
Appendix to Decision and Order
Page 5 of 6
Case 3:19-cv-00056-SLG   Document 46-1   Filed 01/09/20   Page 5 of 6

Figure 6 – ConocoPhillips' Proposed 2019 Nearshore Geotechnical Exploration[6]



---

[6] AR8694.

Case No. 3:19-cv-00056-SLG, *Native Village of Nuiqsut, et al. v. Bureau of Land Management, et al.*
Appendix to Decision and Order
Page 6 of 6
Case 3:19-cv-00056-SLG   Document 46-1   Filed 01/09/20   Page 6 of 6