# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| NATIVE VILLAGE OF NUIQSUT, et al.<br>*Plaintiff*<br>v.<br>BUREAU OF LAND MANAGEMENT, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 3:19-cv-00056-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the 2018 Environmental Assessment and the Record of Decision authorizing ConocoPhillips' 2018-2019 winter exploration in the National Petroleum Reserve-Alaska are upheld. Plaintiffs' request for declaratory relief and vacatur of the 2018 Environmental Assessment and the Record of Decision are denied.

APPROVED:

s/Sharon L. Gleason
Sharon L. Gleason
United States District Judge

Date: January 9, 2020

**Jennifer A. Gamble**
Jennifer A. Gamble
Acting Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*