**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

NATIVE VILLAGE OF NUIQSUT, *et al.*,

        Plaintiffs,

    v.

BUREAU OF LAND MANAGEMENT, *et al.*

        Defendants,

    and

CONOCOPHILLIPS ALASKA, INC.,

        Intervenor-Defendant.

Case No. 3:19-cv-00056-SLG

## <u>ORDER OF DISMISSAL</u>

Based on the opinion of the Ninth Circuit Court of Appeals (Docket 58) and the subsequent Mandate (Docket 59), IT IS ORDERED that this action is DISMISSED as moot.

DATED this 20th day of October, 2021, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE